WILLIAM COLLINS, COLLECTOR OF THE TOWNSHIP OF WASHINGTON, IN THE COUNTY OF GLOUCESTER, PLAINTIFF IN ERROR, v. THE STATE, THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF CAMDEN, PROSECUTOR, DEFENDANT IN ERROR.

[*Submitted March 25th,* 1898 ; *decided June 20th,* 1898.]

On error to the Supreme Court. For opinion of the Supreme Court, see 31 *Vroom* 367.

For the plaintiff in error, *Austin H. Swackhamer.*

For the defendant in error, *Henry S. Scovel.*

PER CURIAM.

The judgment in this case is affirmed upon the opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, DEPUE, GARRISON, GUMMERE, LIPPINCOTT, ADAMS, BOGERT, HENDRICKSON, KRUEGER, NIXON, VREDENBURGH. 11.

*For reversal*—None.